AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
APR 17 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:17SW49
USPS Priority Mail Express Parcel bearing USPS Tracking )
Number (P) 1316 0400 0000 6238 6785 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:

At 1801 Brook Road, Suite 200, Richmond, VA 23232, is a US Postal Service Priority Mail Express Parcel bearing USPS Tracking Number (P) 1316 0400 0000 6238 6785

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: Narcotics or other controlled substances, as well as contraband related to drug trafficking, e.g., packaging materials; U.S. currency or other financial instruments; customer records; business ledgers, and notations; prescription records; financial records; and other evidence of transactions in relation to the violations referenced in the affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___4/20/2017___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued: ___4/6/2017___     /s/ _____
Roderick C. Young
*Judge's signature*
United States Magistrate Judge

City and state: ___Richmond, Virginia___     Roderick C. Young
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 17SW49 | Date and time warrant executed: April 6, 2017 4:14 Pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Inspector Heidi Dalton |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Four bundles of green leafy plant material and one small clear bag with brown wax material all with a total weight of 4 lbs., 7.55 ozs. |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/17/17

_____
Executing officer's signature

Joey S. Bond / U.S. Postal Inspector
Printed name and title